# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 3:20-cr-01552-JLS |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION/ TRIAL SETTING HEARING** |
| V. | ) | |
| ZAVALATE MALDONADO, ANGEL | ) | |
| Defendant. | ) | |

Upon joint motion of the parties, IT IS HEREBY ORDERED that for good cause shown, the Motion/Trial Setting Hearing currently scheduled for November 20, 2020 be continued to *December 18, 2020 at 01:30 p.m.*

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  November 18, 2020

Hon. Janis L. Sammartino
United States District Judge